IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

K.R., A CHILD,

      Petitioner,

v.                                                                                    Case No.  5D18-2858

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed October 5, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender and
Cody Jordan, Assistant Public
Defender, Orlando, for Petitioner.

No Appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 31, 2018, judgments and sentences rendered in Case Nos. 16-CJ-003430-A-OR and 16-CJ-003484-A-OR, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.


ORFINGER, TORPY, and HARRIS, JJ., concur.